UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY CYRS,

    Plaintiff,

v.

                                    Case No. 08-12929

SECRETARY, Department of Veterans Affairs,

                                    Honorable Patrick J. Duggan

    Defendant,

_____/

## **JUDGMENT**

This matter is before the Court on Defendant's Motion for Summary Judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment is granted and Plaintiff's complaint is **DISMISSED**.

                                              s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Date: July 16, 2009

copies to:
Herbert Sanders, Esq.
Theresa M. Urbanic, A.U.S.A.